# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| **COULTER JAMES McGRAW,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:21-cv-00107-ALM |
| | § | |
| **QUAD/GRAPHICS, INC.** and | § | |
| **IVIE & ASSOCIATES, LLC,** | § | |
| | § | |
| Defendants. | § | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

Before the Court is the Joint Motion to Dismiss With Prejudice filed by the Parties. Having considered the Motion, the submissions of the Parties, and the other papers on file in this case, the Court finds the Motion should be, in all things, **GRANTED**.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that all claims by Plaintiff Coulter James McGraw against Defendants Quad/Graphics, Inc. and Ivie & Associates, LLC in all things, are **DISMISSED WITH PREJUDICE TO REFILING SAME**, and with costs of suit and attorneys' fees taxed against the Party incurring the same.

All relief not previously granted is hereby denied.

The Clerk is directed to close this civil action.

**SIGNED this 23rd day of June, 2021.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE